215 So.2d 126

**Riley JENKINS**

v.

**Woodrow F. ZACHARIAH et al.**

No. 49484.

Nov. 12, 1968.

In re: Parish of East Baton Rouge applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge. 213 So.2d 56.

The application is denied. According to the facts found by the Court of Appeal the judgment complained of is correct.

215 So.2d 126

**STATE of Louisiana, Through the DEPART-MENT OF HIGHWAYS**

v.

**Dennis ROTTMAN.**

No. 49485.

Nov. 12, 1968.

In re: Dennis Rottman applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of Tangipahoa. 213 So.2d 77.

Writ refused. There appears no error of law in the judgment of the Court of Appeal.